IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sowka, Jean | Case Number:  04 B 47708 |
| Sowka, Joseph P | Judge:  Hollis, Pamela S |
| Printed:  6/3/08 | Filed:  12/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  May 30, 2008
Confirmed:  June 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 29,611.87 | |
| Secured: | | 13,197.49 |
| Unsecured: | | 14,855.64 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,558.74 |
| Other Funds: | | 0.00 |
| Totals: | 29,611.87 | 29,611.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 2. | Chase Automotive Finance | Secured | 13,197.49 | 13,197.49 |
| 3. | ECast Settlement Corp | Unsecured | 845.33 | 845.33 |
| 4. | Resurgent Capital Services | Unsecured | 4,835.60 | 4,835.60 |
| 5. | ECast Settlement Corp | Unsecured | 5,273.52 | 5,273.52 |
| 6. | United States Dept Of Education | Unsecured | 3,349.52 | 1,566.10 |
| 7. | ECast Settlement Corp | Unsecured | 1,406.91 | 1,406.91 |
| 8. | United States Dept Of Education | Unsecured | 1,985.14 | 928.18 |
| 9. | CitiMortgage Inc | Secured | | No Claim Filed |
| 10. | Bank One | Unsecured | | No Claim Filed |
| 11. | American Express | Unsecured | | No Claim Filed |
| 12. | American Express | Unsecured | | No Claim Filed |
| 13. | Retailers National Bank | Unsecured | | No Claim Filed |
| 14. | MBNA America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 30,893.51 | $ 28,053.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 17.32 |
| 5.5% | 569.12 |
| 5% | 117.00 |
| 4.8% | 224.65 |
| 5.4% | 626.60 |
| 6.5% | 4.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sowka, Jean
Sowka, Joseph P
Printed: 6/3/08

Case Number: 04 B 47708
Judge: Hollis, Pamela S
Filed: 12/30/04

_____
$ 1,558.74

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

